PC SCAN

FILED
9/3/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

RECEIVED
3/26/2026
PJJ
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

Demonja Moore

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Case No: **1:26-cv-3500**
**Judge John F. Kness**
**Magistrate Judge M. David Weisman**
**PC8**
**RANDOM / Cat. 3**
(To be supplied by the Clerk of this Court)

Department of Illinois
Juvenile Justice
Juvenile Detention center
Ms. Humphreys
City of Chicago

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

**CHECK ONE ONLY:**

✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

____ **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**I. Plaintiff(s):**

A. Name: Demonja Moore

B. List all aliases: ____________

C. Prisoner identification number: R67704

D. Place of present confinement: Menard Correctional Center

E. Address: P.O Box 1000 Menard Illinois 62259

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II. Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: Illinois DeptArtment of Juvenile Justice

Title: Illinois Department of Juvenile Justice

Place of Employment: Chicago Illinois

B. Defendant: Juvenile Detention Center

Title: Juvenile Detention Justice center

Place of Employment: 1100 S. Hamilton Chicago Ill 606

C. Defendant: MS Humphreys

Title: Juvenile Detention Staff officer

Place of Employment: 1100 S. Hamilton Chicago Ill. 606

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)



Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

D. Defendant: City of CHicago

Title: Chicago Illinois

place of employment: City Hall

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: N/A

B. Approximate date of filing lawsuit: N/A

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: N/A

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

F. Name of judge to whom case was assigned: N/A

G. Basic claim made: N/A

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

N/A



[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**IV. Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1). When plaintiff was 16 years of age he was arrested and booked on a weapons charge. [redacted] Between April and may 2004. (See attached arrest report).

2). Plaintiff was transported by Chicago police to the Juvenile detention center at 1100 S. Hamilton in Chicago Illinois where he was housed in Unit 5H. While on unit 5H Plaintiff Met staff members, one of those staff members were defendant Ms. Humphreys who would show plaintiff all the do and dont/rules on the unit.

3). Defendant Humphreys would check in on Plaintiff when she worked asking plaintiff how he was doing. It didnt take long for Plaintiff to open up to defendant Humphreys and confide in her telling her about his family and anything else. These Conversations became routine.

4). Between [redacted] April And May 2004 Plaintiff and defendant ms. Humphreys were talking and defendant ms Humphreys led Plaintiff back to the Shower area and pushed plaintiff to the

 Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Shower wall put her hand down plaintiffs pants and pulled out plaintiffs penis and Started giving plaintiff oral Sex, when defendant Ms humphreys was done she pulled up defendants Pants got up and walked off

5). Defendant MS humphreys never made any threats to Plaintiff, but made promises that if defendant kept quiet about what happened She will help him get home to his family. Defendant Ms humphreys gave plaintiff oral Sex 2 more times before I was Sentenced to IYC St. Charles

6). Plaintiff and defendant had a argument because defendant humphreys didnt help Plaintiff go home after She promised Plaintiff that she would.

7) Plaintiff did want to tell Someone but felt no one would believe him. Plaintiff due to defendants actions went into a deep depression, psychological and emotional anguish mental pain, and he repressed his memory of the abuse at the age of 16. Plaintiff only discovered his injury in may 2025 when





[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

he Saw a television commercial from a law firm while in prison asking if you were ever in the Juvenile detention center and was Sexually abused to Contact them.

8). Plaintiff was 16 years old in 2004 when the Abuse occured, and Pursuant to (735 ILCS 5/13-202.2(b) west 1996). The common law discovery rule should be applied in this case, because IN May. 2025 Plaintiff realized that the Sexual abuse encounters with defendant MS humphreys caused him injuries (See attached Plaintiffs Affidavit )(Exh*.

9). Plaintiff also asserts that Pursuant to 735 ILCS 5/13-202 the 20 Year Statue of limitation applies in his case. The cause of action occured Between April and may 2004 when plaintiff was 16 years of age and that the 2 year Statute of limitation dont start til the plaintiff [redacted] turned 18 which would be April 2006. and gives the plaintiff til 2008 April to file his claim and pursuant to the 20 year Statute of limitation which applies pursuant to 735 ILCS 5/13-202 that gives plaintiff til 2028 to file his claim. Meaning plaintiffs claim is not time barred.

).

## Count ONE

10). The actions of defendant MS Humphreys Sexually abusing plaintiff three different times in her official and personal Capacities failing to provide a safe enviroment, Showing lack of care and neglect violating her duties as a Juvenile detention staff officer. Violating the Plaintiff's united States 14th Amendment due Process Rights.

## Claim TWO

11). The actions of defendant Juvenile detention center at 1100 S Hamilton which detained Plaintiff at the time Plaintiff was Sexually Abused by defendant MS Humphreys in failing to protect plaintiff from their Staff who is enployed at the detention center, Plaintiff was neglected and denied a Safe enviroment and not Protected at the Juvenile detention center violating Plaintiffs 14th Amendment United States Constitutional rights.

## Claim Three

12). The actions of Illinois Department of Juvenile Justic Center for failing to protect plaintiff from a unsafe enviroment where he couldnt be ensured not to be Sexually abused by defendant MS Humphreys. Violating Plaintiffs 14th Amendment United States Constitutional rights.

## CLAIM FOUR

Defendant City of Chicago who employs and or has city contracts with Illinois department of Juvenile Justice and the Juvenile temporary detention center who employed staff officer Ms Humphreys who while at the Juvenile detention center in her official and individual capacity sexually Abused plaintiff in April 2004 The City of Chicago failed to put in place protocols to protect plaintiff while in these departments violating his United States 14th Amendment Due Process rights.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## V. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

1). That defendant MS Humphreys be Sued in her official and Personal Capacities for $1.000.000.00 (1 Million) dollars.
2) Defendant Juvenile Justice Center be Sued in its official capacities for 1 million dollars
3). That defendant Juvenile Detention Center be Sued IN ITS official Capacities for 1 million dollars (4) City of Chicago in its official and individual Capacities $1 Million dollars

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this March day of 26, 2026

Demonja Moore
(Signature of plaintiff or plaintiffs)

Demonja Moore
(Print name)

R67704
(I.D. Number)

Menard correctional center
P.O Box 1000
Menard Illinois 62259
(Address)



Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# EXHIBITS

Exhibit #1) Juvenile Arrest report

Exhibit #2) Demonja Moore - Plaintiffs Affidavit

Clerk of the Circuit Court
of Cook County

**PEOPLE OF THE STATE OF ILLINOIS**

**VS** **NUMBER: 04JD02222**

**MOORE, DEMONJA**

## CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY/LOCAL PROSECUTOR HAS FILED A COMPLAINT with the Clerk of the Circuit Court.

**Charging the above named defendant with:**

| COUNT | STATUTE | DEGREE | DESCRIPTION | ARREST DATE |
|---|---|---|---|---|
| 001 | 564 - WEAPONS, UNLAWFUL USE | CONV | WEAPONS, UNLAWFUL USE | |
| 002 | 564 - WEAPONS, UNLAWFUL USE | CONV | WEAPONS, UNLAWFUL USE | |
| 003 | 720 ILCS 5/24-3.1(A)(3) | F4 | WEAPON/POSSESS - FIREARM - HAND GUN | |

The following disposition(s) was/were rendered before the Honorable Judge(s):

**EVENTS AND ORDERS OF THE COURT:** ⟵ EXHIBIT #1

**4/23/2004 1ST COURT DATE**

**4/23/2004 PRESENT IN COURT MINOR/OTHER**

PIETRUCHA, EDWARD N

**4/23/2004 SUMMONS**

PIETRUCHA, EDWARD N

**4/23/2004 PUBLICATION TO**

PIETRUCHA, EDWARD N

**4/23/2004 PUB DEF APPT AS ATTY FOR DEF**

PIETRUCHA, EDWARD N

**4/23/2004 CASE REASSIGNED TO NEW JUDGE**

PIETRUCHA, EDWARD N

**4/23/2004 CONTINUED TO**

PIETRUCHA, EDWARD N

Clerk of the Circuit Court
of Cook County

**PEOPLE OF THE STATE OF ILLINOIS**

**VS** **NUMBER: 04JD02222**

**MOORE, DEMONJA**

**CERTIFIED STATEMENT OF CONVICTION / DISPOSITION**

I, Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY/LOCAL PROSECUTOR HAS FILED A COMPLAINT with the Clerk of the Circuit Court.

**4/26/2004 PRESENT IN COURT MINOR/OTHER**

MASON, MARY ANNE

**4/26/2004 P.D. APPT ATTY AND G.A.L.**

MASON, MARY ANNE

**4/26/2004 CONTINUE FOR TRIAL**

MASON, MARY ANNE

**4/26/2004 CONTINUED TO**

MASON, MARY ANNE

**4/30/2004 SUMMONS RETURNED - UNSERVED**

**4/30/2004 PUBLICATION AFFIDAVIT REGISTER**

**4/30/2004 PUBLICATION NOTICE REGISTERED**

**5/3/2004 FILING PETITION AND NOTICE**

**5/3/2004 PUB. RETURNED TO CLERK-PRINTED**

**5/11/2004 PRESENT IN COURT MINOR/OTHER**

MASON, MARY ANNE

**5/11/2004 ADMONITION TO DEFENDANT**

MASON, MARY ANNE

**5/11/2004 DENIAL WITHDRAWN**

MASON, MARY ANNE

**5/11/2004 ADMISSION (GUILT)**

MASON, MARY ANNE

**5/11/2004 FINDING OF GUILTY**

Clerk of the Circuit Court
of Cook County

**PEOPLE OF THE STATE OF ILLINOIS**

**VS** **NUMBER: 04JD02222**

**MOORE, DEMONJA**

## CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY/LOCAL PROSECUTOR HAS FILED A COMPLAINT with the Clerk of the Circuit Court.

MASON, MARY ANNE

**5/11/2004 DISMISS A SPECFIC CHG OR COUNT**

MASON, MARY ANNE

**5/11/2004 MINOR RESPONDENT DEMANDS**

MASON, MARY ANNE

**5/11/2004 SOCIAL**

MASON, MARY ANNE

**5/11/2004 CONT FOR SOCIAL**

MASON, MARY ANNE

**5/11/2004 CONTINUE FOR SENTENCING**

MASON, MARY ANNE

**5/11/2004 CONTINUED TO**

MASON, MARY ANNE

**5/11/2004 RELEASE UPON REQUEST TO**

MASON, MARY ANNE

**5/28/2004 PRESENT IN COURT MINOR/OTHER**

MASON, MARY ANNE

**5/28/2004 SOCIAL**

MASON, MARY ANNE

**5/28/2004 MINOR ADJUD WARD OF COURT**

MASON, MARY ANNE

**5/28/2004 COMMIT TO DEPARTMENT OF CORREC** ← EXHIBIT # 1

Clerk of the Circuit Court
of Cook County

**PEOPLE OF THE STATE OF ILLINOIS**

**VS** **NUMBER: 04JD02222**

**MOORE, DEMONJA**

**CERTIFIED STATEMENT OF CONVICTION / DISPOSITION**

I, Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY/LOCAL PROSECUTOR HAS FILED A COMPLAINT with the Clerk of the Circuit Court.

MASON, MARY ANNE

**5/28/2004 APPEAL RIGHT GIVEN**

MASON, MARY ANNE

**5/28/2004 CONTINUED TO**

MASON, MARY ANNE

**10/1/2004 NOT PRESENT IN COURT MINOR/OTH**

DALY, NOREEN MARIE

**10/1/2004 CONTINUED TO**

DALY, NOREEN MARIE

**10/8/2004 STATUS REPORT DATE**

DALY, NOREEN MARIE

**10/8/2004 CONTINUED TO**

DALY, NOREEN MARIE

**10/15/2004 PRESENT IN COURT MINOR/OTHER**

DALY, NOREEN MARIE

**10/15/2004 COMMITMENT VACATED**

DALY, NOREEN MARIE

**10/15/2004 RELEASE UPON REQUEST TO** ⟸ EXHIBIT # 1

DALY, NOREEN MARIE

**10/15/2004 T.A.S.C. EVALUATION**

DALY, NOREEN MARIE

**10/15/2004 SOCIAL**

Clerk of the Circuit Court
of Cook County

**PEOPLE OF THE STATE OF ILLINOIS**

**VS** **NUMBER: 04JD02222**

**MOORE, DEMONJA**

**CERTIFIED STATEMENT OF CONVICTION / DISPOSITION**

I, Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY/LOCAL PROSECUTOR HAS FILED A COMPLAINT with the Clerk of the Circuit Court.

DALY, NOREEN MARIE

**10/15/2004 CONTINUE FOR SENTENCING**

DALY, NOREEN MARIE

**10/15/2004 CONTINUED TO**

DALY, NOREEN MARIE

**12/1/2004 PRESENT IN COURT MINOR/OTHER**

DALY, NOREEN MARIE

**12/1/2004 ELECTRONIC MONITORING ORDERED**

DALY, NOREEN MARIE

**12/1/2004 HOME CONFINEMENT**

DALY, NOREEN MARIE

**12/1/2004 CONT FOR SOCIAL**

DALY, NOREEN MARIE

**12/1/2004 CONTINUED TO**

DALY, NOREEN MARIE

**1/13/2005 PRESENT IN COURT MINOR/OTHER**

DALY, NOREEN MARIE

**1/13/2005 PROCEEDINGS CLOSED**

DALY, NOREEN MARIE

**HEARINGS**

4/23/2004 9:00 AM JD-1st Court Date

Clerk of the Circuit Court
of Cook County

**PEOPLE OF THE STATE OF ILLINOIS**

**VS** **NUMBER: 04JD02222**

**MOORE, DEMONJA**

**CERTIFIED STATEMENT OF CONVICTION / DISPOSITION**

I, Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY/LOCAL PROSECUTOR HAS FILED A COMPLAINT with the Clerk of the Circuit Court.

| | | |
|---|---|---|
| 4/26/2004 | 9:00 AM | Continued to |
| 5/11/2004 | 9:00 AM | Continued to |
| 5/28/2004 | 9:00 AM | Continued to |
| 10/1/2004 | 9:00 AM | Continued to |
| 10/8/2004 | 9:00 AM | Continued to |
| 10/15/2004 | 9:00 AM | Continued to |
| 12/1/2004 | 9:00 AM | Continued to |
| 1/13/2005 | 9:00 AM | Continued to |

**PLEAS, DISPOSITIONS AND SENTENCES:**

**Disposition:**

| | | |
|---|---|---|
| 001 | 5/11/2004 | ADMISSION (GUILT) |
| 001 | 5/11/2004 | FINDING OF GUILTY |
| 001 | 1/13/2005 | PROCEEDINGS CLOSED |
| 002 | 5/11/2004 | ADMISSION (GUILT) |
| 002 | 5/11/2004 | DISMISS A SPECIFIC CHARGE OR COUNT |
| 002 | 1/13/2005 | PROCEEDINGS CLOSED |
| 003 | 5/11/2004 | ADMISSION (GUILT) |
| 003 | 1/13/2005 | PROCEEDINGS CLOSED |

Clerk of the Circuit Court
of Cook County

**PEOPLE OF THE STATE OF ILLINOIS**

**VS** **NUMBER: 04JD02222**

**MOORE, DEMONJA**

**CERTIFIED STATEMENT OF CONVICTION / DISPOSITION**

I, Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY/LOCAL PROSECUTOR HAS FILED A COMPLAINT with the Clerk of the Circuit Court.

**Sentence (Credit):**

**I hereby certify that the foregoing has been entered of record on the above captioned case.**

**Date: 3/16/2026**

MARIYANA T. SPYROPOULOS

**Mariyana T. Spyropoulos**
**CLERK OF THE CIRCUIT COURT OF COOK COUNTY**

CIRCUIT COURT OF COOK COUNTY, ILLINOIS

STATE OF ILLINOIS )
) SS
COUNTY OF Randolph )

## AFFIDAVIT

I, Demonja Moore being first duly sworn upon my oath depose and state that the following matters are both true and correct made upon personal knowledge and belief, and if called as a witness, I am competent to testify thereto:

I AM the plaintiFF IN this Complaint
I was Sexually Abused between April and may 2004 three times by MS Humphreys when I was 16 Years old.
I didn't File this claim earlier because I had No Memory oF what occured between April and May oF 2004 until they started Avertiting commercials on tv From law FirMS Speaking about Minors being Sexually Abused in Juvenile Detention centers.
I Discovered this in May 2025 Thats when my memory oF what MS Humphreys did to me.

Subscribed and sworn to before me on the 26th day of MARCH, 2026.

Stacy Marie Tucker
NOTARY PUBLIC

Respectfully submitted,

Demonja moore

OFFICIAL SEAL
STACY MARIE TUCKER
Notary Public, State of Illinois
Commission No. 1016089
My Commission Expires
August 26, 2026

(EXHIBIT #2)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

SCANNED at MENARD and E-mailed
3/26/26 by CB 29 pages
Date initials No.

Demonja Moore
plaintiff

v. Case NO. ______________

Department of Illinois Juvenile Justice, Juvenile Detention Center. MS. Humphreys. City of Chicago
Defendants

## NOTICE/PROOF OF SERVICE

TO: Clerk of UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of ILLINOIS
219 S Dearborn Street
Chicago ILL 60604

PLEASE TAKE NOTICE that on March 26, 2026 I Efiled in the Menard Correctional Center Law Library: 1983 Civil Petition Motion for appointment of Counsel And Informa pauperis

## PENALTY of PERJURY

I Certify that everything in the Petition and Proof of Service is true and correct. I understand that making a false statement on this form is Perjury and has penalties provided by law under 735 ILCS 5/1-109.

/s/ Demonja Moore
Demonja Moore # R67704
P.O Box 1000
Menard ILL 62259